BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-CR-00245 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR DESTRUCTION OF |
| | ) FIREARM EVIDENCE |
| Smith & Wesson .357 Magnum Revolver, Serial Number 96901 | ) |
| Defendant. | ) |

Having read and considered the government's request,

IT IS HEREBY ORDERED THAT the Drug Enforcement Administration destroy the following firearm seized during the investigation underlying this matter:

| DEA Exhibit | Description of Firearm | Serial Number |
|---|---|---|
| N-18 | Smith & Wesson .357 Magnum Revolver | 96901 |
| N-19 | .357 ammunition | |

IT IS SO ORDERED.

**Dated:   September 8, 2011**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE